**FILED**

UNITED STATES COURT OF APPEALS

**SEP 28 2006**

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WALTER GIST. | No. 06-73209  98 cr 3339 |
| WALTER GIST, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, Respondent, UNITED STATES OF AMERICA, Real Party in Interest. | D.C. No. CV-05-01175-BTM Southern District of California, ~~Los Angeles~~  ORDER |



RECEIVED
OCT 2 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

MOATT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 28 2006

by: _____ Deputy Clerk

## US Court of Appeals for the Ninth Circuit
## Case Summary

Court of Appeals Docket #: 06-73209                              Filed: 6/23/06
Nsuit:    0
Gist, et al v. USDC-CAS
Appeal from: Southern District of California (San Diego)

Lower court information:
    District: 0974-3 : CV-05-01175-BTM
    presiding judge: Barry T. Moskowitz, District Judge

*10/6/06 Sent to USDC LA in error.*

| Date | Entry |
|---|---|
| 6/23/06 | FILED PETITION FOR WRIT OF MANDAMUS, DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. NOTIFIED REAL PARTIES IN INTEREST OF FILING. [MOATT]   [06-73209] (je) |
| 7/5/06 | Filed Petitioner Walter Gist's motion to proceed in forma pauperis; served on 06/29/06. (MOATT) [06-73209] [5880479] [06-73209] (dv) |
| 9/28/06 | Order filed Petitioner has not demonstrated this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. The petition is denied. All motions are denied. ( Terminated on the Merits after Submission Without Oral Hearing; Written, Unsigned, Unpublished. Diarmuid F. O'SCANNLAIN, Susan P. GRABER, Richard R. CLIFTON )   [06-73209] (dv) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/06/2006 10:54:49 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | dkt summary | Case Number: | 06-73209 |
| Billable Pages: | 1 | Cost: | 0.08 |

RECEIVED CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS OCT 10 2006